# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY CONNER, :<br>          Plaintiff, :<br>                       :<br>    v.                          :<br>                       :<br>LATIN QUARTER CONCEPTS, LLC, :<br>          Defendant. : | Civ. No. 18-682 |

## O R D E R

**AND NOW**, this 8th day of November, 2023, it having been reported that the above-captioned action is voluntarily dismissed by stipulation (Doc. No. 7), and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice and without costs, pursuant to agreement of counsel. The Clerk of Court **SHALL** remove this Case from Suspense and close this Case.

                                                            **AND IT IS SO ORDERED.**

                                                            */s/ Paul S. Diamond*
                                                            _____

                                                            Paul S. Diamond, J.